# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

**Short Title:** DoorDash, Inc. v. City of New York    **Docket No.:** 25-81

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Aaron Smith

Firm: Gibson, Dunn & Crutcher LLP

Address: 1700 M Street, N.W., Washington, D.C. 20036-4504

Telephone: 202-955-8263    Fax:

E-mail: asmith3@gibsondunn.com

Appearance for: DoorDash, Inc. / Appellee
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Michael Holecek, Gibson, Dunn & Crutcher LLP )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on 04/14/2025    OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ Aaron Smith

Type or Print Name: Aaron Smith